2013R01241/jmd/ajb

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 14-354 |
| RAUL ALVARADO-BOLVITO | : | ORDER TO SEAL CERTAIN DOCUMENTS AND DOCKET ENTRIES |

This matter having been opened to the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (James Donnelly and Andrew Bruck, Assistant United States Attorneys, appearing) and defendant RAUL ALVARADO-BOLVITO (Thomas Ambrosio, Esq., appearing), for an order to seal certain documents and docket entries on the Court's Case Management/Electronic Case Files/PACER (the "CM/ECF/PACER") System, on the basis that the documents and docket entries contain information regarding cooperation with the government; and

The Court having determined that these documents and docket entries implicate privacy and personal security concerns; and

The Court having determined that, pursuant to the Notice dated October 7, 2004 issued by the United States District Court for the District of New Jersey regarding Public Access to Electronic Criminal Case Files on PACER, which Notice was published in the New Jersey Law Journal on October 18, 2004,

1

case information implicating privacy and personal security concerns may be filed under seal; and for good cause shown;

IT IS on this 19th day of June, 2014,

ORDERED that the Clerk of Court for the United States District Court for the District of New Jersey (the "Clerk's Office") shall seal all documents related to the entry of RAUL ALVARADO-BOLVITO's guilty plea in the above-captioned case, including the Minutes of Plea Hearing, the Application to Enter Guilty Plea, the Information, and the Plea Agreement filed in the matter (the "sealed documents"); and it is further

ORDERED that the Clerk's Office shall not make any docket entries in the CM/ECF/PACER System regarding the sealed documents until further order of this Court; and it is further

ORDERED that this Order and the entry of this Order are sealed until further order of this Court; and it is further

ORDERED that the Clerk's Office shall not make any docket entry pertaining to this Order in the CM/ECF/PACER System until further order of this Court.

_6/19/14_
Date

_____
HONORABLE STANLEY R. CHESLER
United States District Judge